No. 51,428

COLBY DISTRIBUTING CO., INC. *et al., Appellees,* v. MICHAEL LEN-
NEN, *et al., Appellants.*

(602 P.2d 92)

Opinion filed November 14, 1979.

*Robert E. Duncan, II,* assistant attorney general, argued the cause and *Alan F. Alderson,* general counsel, *John P. Quinlin* and *David A. Wright,* all of the Kansas Department of Revenue, were with him on the brief for the appellants.

*Terry G. Paup,* of Wichita, and *James W. Sargent,* of Sargent, Klenda, Haag & Mitchell, of Wichita, argued the cause and *Donald Patterson,* of Fisher, Patterson, Sayler & Smith, of Topeka, was with them on the brief for the appellees Grant-Billingsley Wholesale Liquor Co., *et al.*

*Robert C. Foulston,* of Foulston, Siefkin, Powers & Eberhardt, of Wichita, argued the cause and was on the brief for the intervenor Standard Liquor Corporation.

*Payne H. Ratner, Jr.,* of Ratner, Mattox, Ratner, Barnes & Kinch, P.A., of Topeka, argued the cause and *Jim J. Marquez,* of Topeka, was with him on the brief for the intervenor Kansas Retail Liquor Dealers Association.

*Reid F. Holbrook,* of Steineger & Holbrook, P.A., of Kansas City, argued the cause and was on the brief for intervenors Sunflower Sales of Topeka, A-B Sales Co., Inc. and Eastern Distributing Co., Inc.

*Patrick L. Connolly,* assistant district attorney, argued the cause and *Vern Miller,* district attorney, and *Stuart W. Gribble,* assistant district attorney, were with him on the brief for the intervenor State of Kansas, *ex rel.* Vern Miller.

The opinion of the court was delivered by

HERD, J.: After giving the matter due consideration we hold, by a unanimous court, Chapter 153 of the 1979 Session Laws of Kansas, House Bill 2020, to be constitutional in toto, reversing in part and affirming in part the judgment of the trial court.

This abbreviated opinion announcing the decision of the court will be supplemented by a formal opinion to be filed when it is prepared.

FROMME, J., not participating.